■ DENIS HEALY, Appellant, v. DAKARD HOMES, INC., Respondent, et al., Defendant.— Motion by appellant for a stay of all proceedings denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ EDITH HERSHENHART et al., Appellants, v. KINGSVIEW HOMES, INC., et al., Respondents.— Motion by appellants for reargument of their motion to extend time to perfect appeal, dismissed as academic (see *Hershenhart* v. *Kingsview Homes,* 13 A D 2d 528). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ EDITH HERSHENHART et al., Appellants, v. KINGSVIEW HOMES, INC., et al., Respondents.— On the call of the calendar, appeal dismissed, there being no appearance for appellants. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ (A) In the Matter of ROSE AVERNA, Respondent, v. SALVATORE AVERNA, Appellant. (B) In the Matter of CATHERINE MASSANOVA, Respondent, v. MARY KILMER et al., Respondents, and DANIEL MASSANOVA, Appellant.— [In each action] Motion by appellant to dispense with printing denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Estate of WALTER DABROWSKI, Deceased. MARY CAPPELLO, Appellant; THADDEUS DABROWSKI, Respondent.— Motion by petitioner-respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of GEM CREDIT CORPORATION, Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Motion by respondent, Consolidated Edison Company of New York, Inc., to dismiss petitioner's appeal from an order of the Supreme Court, Queens County, dated December 28, 1960, denied without prejudice to renewal on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of the Arbitration between GREATER NEW YORK TERMINAL, INC., Appellant, and HORN CONSTRUCTION CO., INC., Respondent.— Motion by respondent for reargument referred to the court that rendered the decision. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Accounting of ISIDORO RIZZO, as Administrator of the Estate of ANTONIO RIZZO, Deceased, Respondent. MARIA RIZZO et al., Appellants; VINCENT RIZZO, Respondent.— Motion by appellants for a stay of the intermediate order of the Surrogate's Court, Kings County, dated January 17, 1961, pending the appeal therefrom, denied, with $10 costs. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Estate of LUCY E. WHEELER, Deceased. In the Matter of the Accounting of ROBERT P. SMITH, as Executor of LUCY E. WHEELER, Deceased. MYRTLE G. ELY et al., Appellants; ROBERT P. SMITH, as Executor of LUCY E. WHEELER, Deceased, et al., Respondents.— Motion by respondent executor, pursuant to section 309 of the Surrogate's Court Act, (1) to incorporate into the record on appeal a certain "newly discovered" letter written to him by the deceased a few days before the execution of a codicil to her will, or, in the alternative, (2) to appoint a Referee to hear and report as to whether such letter should be made a part of the record. Motion denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ (A) In the Matter of MARTHA SELIG, Appellant, v. JOSEPH CAPUTA,. as Temporary State Rent Administrator, Respondent, and ALVIN REGENSBERG, on Behalf of Himself and All Other Tenants Similarly Situated, Intervenor-Respondent. (B) DOROTHY H. REILLY et al., Respondents, v. MARTHA SELIG, Appellant. Ughetta, Acting P. J., Kleinfeld, Christ and Pette, JJ., concur; Brennan, J., not voting.. (C) MARY L. TRAVERSONE, an Infant, by ANGELO